UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 24−1014

RETURN OF SERVICE

**Arpad Madarsz**

vs.

**Laboratory Corporation Of America Holdings, et al.**
_____/

ss.

I, **Gerard C. Menichini**, a competent adult, being duly sworn according to law, depose and say that at **10:25am** on **03/15/2024**, I served **LabCorp Early Development Laboratories, Inc. c/o CSC** at **251 Little Falls Drive, Wilmington, DE 19808** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☒ Other: **By serving the registered agent, CSC in accordance to their required procedure. By entering the service documents into their portal and placing them in the basket**

a true and correct copy of **SUMMONS AND COMPLAINT** issued in the above captioned matter.

X _____
Gerard C. Menichini − Cert/Appt#: None
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567−7777
Atty File#: **5128** − Our File# **122091**

Law Firm: **CONSOLE MATTIACCI LAW**
Attorney: **CAREN N. GURMANKIN, ESQUIRE**
Address: **1525 LOCUST ST., 9TH FLOOR, PHILADELPHIA, PA, 19102**
Telephone: **215−545−7676**