# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARPAD MADARSZ<br>Warminster, PA 18974<br><br>   Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF<br>AMERICA HOLDINGS<br>358 South Main Street<br>Burlington, NC 27215<br><br>and<br><br>LABCORP EARLY DEVELOPMENT<br>LABORATORIES, INC.<br>358 South Main Street<br>Burlington, NC 27215<br><br>and<br><br>LABORATORY DRUG<br>DEVELOPMENT INC.<br>358 South Main Street<br>Burlington, NC 27215<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 2:24-cv-01014 |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Laboratory Corporation of America Holdings, Labcorp Early Development Laboratories, Inc., and Laboratory Drug Development Inc. (collectively, "**Defendants**"), respectfully request an extension of time, through and including Monday, May 6, 2024 (31 days from the date the response would otherwise be due – April 5, 2024), to answer, respond, or otherwise plead in this matter.

In accordance with Local Civil Rule 7.1, counsel for Defendants certifies that they have sought and obtained Plaintiff's consent to this motion. Defendants have not requested or received a previous extension of time from this Court in this matter.

WHEREFORE, Defendants respectfully request that their motion be granted, and that they be permitted to answer, respond, or otherwise plead by and including May 6, 2024.

Respectfully submitted this 2nd day of April, 2024.

s/*David J. Garraux*
David J. Garraux
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Tel.: (412) 355-6580
Fax.: (412) 355-6501
Email: david.garraux@klgates.com

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2024, a true and correct copy of the foregoing document was filed using the CM/ECF system and I served the foregoing on counsel listed below via ECF:

Caren N. Gurmankin
Console Mattiacci Law LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Email: gurmankin@consolelaw.com

*Attorneys for Plaintiff*

                                                                  s/*David J. Garraux*
                                                                  David J. Garraux
                                                                  K&L GATES LLP
                                                                  K&L Gates Center
                                                                  210 Sixth Avenue
                                                                  Pittsburgh, PA 15222-2613
                                                                  Tel.: (412) 355-6580
                                                                  Fax.: (412) 355-6501
                                                                  Email: david.garraux@klgates.com

                                                                  *Attorneys for Defendants*