IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARPAD MADARSZ<br>Warminster, PA 18974<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF<br>AMERICA HOLDINGS<br>358 South Main Street<br>Burlington, NC 27215<br><br>and<br><br>LABCORP EARLY DEVELOPMENT<br>LABORATORIES, INC.<br>358 South Main Street<br>Burlington, NC 27215<br><br>and<br><br>LABORATORY DRUG<br>DEVELOPMENT INC.<br>358 South Main Street<br>Burlington, NC 27215<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No.: 2:24-cv-01014 |

## ORDER

Considering the above and foregoing Motion:

Before the Court is a Consent Motion for Extension of Time to Answer, Respond, or Otherwise Plead, filed by Defendants, Laboratory Corporation of America Holdings, Labcorp Early Development Laboratories, Inc., and Laboratory Drug Development Inc. (collectively, "**Defendants**"). Upon consideration of the Motion, the Court finds that it should be **GRANTED**.

Accordingly, **IT IS SO ORDERED** that Defendants shall answer, respond, or otherwise plead by and including May 6, 2024.

**THIS IS DONE AND SIGNED** in Chambers on this \_\_\_\_ day of _____, 2024.

_____
**U.S. DISTRICT COURT JUDGE GENE E.K. PRATTER**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2024, a true and correct copy of the foregoing document was filed using the CM/ECF system and I served the foregoing on counsel listed below via ECF:

Caren N. Gurmankin
Console Mattiacci Law LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Email: gurmankin@consolelaw.com

*Attorneys for Plaintiff*

                                                s/*David J. Garraux*
                                                David J. Garraux
                                                K&L GATES LLP
                                                K&L Gates Center
                                                210 Sixth Avenue
                                                Pittsburgh, PA 15222-2613
                                                Tel.: (412) 355-6580
                                                Fax.: (412) 355-6501
                                                Email: david.garraux@klgates.com

                                                *Attorneys for Defendants*