# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARPAD MADARSZ, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, *et al.*, | : | No. 24-1014 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 3rd day of April, 2024, upon consideration of the Defendants' Consent Motion for Extension of Time (Doc. No. 6), it is hereby **ORDERED** that Defendants Laboratory Corporation of America Holdings, Labcorp Early Development Laboratories, Inc., and Labcorp Drug Development Inc. shall file a response to the complaint on or before **May 6, 2024.**


BY THE COURT:


s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE