# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARPAD MADARSZ,<br>Warminster, PA 18974<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION<br>OF AMERICA HOLDINGS<br>358 South Main Street<br>Burlington, NC 27215<br><br>and<br><br>LABORATORY EARLY DEVELOPMENT<br>LABORATORIES, INC.<br>358 South Main Street<br>Burlington, NC 27215,<br><br>and<br><br>LABORATORY DRUG<br>DEVELOPMENT INC.<br>358 South Main Street<br>Burlington, NC 27215<br><br>Defendants. | Civil Action No.: 2:24-CV-01014<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Laboratory Corporation of America Holdings ("**Labcorp**"), Labcorp Early Development Laboratories Inc. ("**Labcorp Early Development**"), and Laboratory Drug Development Inc. ("**LDD**") (collectively, the "**Defendants**"), by and through their undersigned counsel, hereby state:

1. Labcorp is a Delaware corporation with no parent corporation. No publicly held corporation owns 10% or more of its stock.

2. Labcorp Early Development is a Delaware Corporation and a wholly owned subsidiary of Labcorp.

3. LDD is a wholly owned subsidiary of Labcorp.

Dated: May 6, 2024

s/*David J. Garraux*
David J. Garraux
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Tel.: (412) 355-6580
Fax.: (412) 355-6501
Email: david.garraux@klgates.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2024, a true and correct copy of the foregoing document was filed using the CM/ECF system and I served the foregoing on counsel listed below via ECF:

Caren N. Gurmankin
Console Mattiacci Law LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Email: gurmankin@consolelaw.com

*Attorneys for Plaintiff*

s/*David J. Garraux*
David J. Garraux
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Tel.: (412) 355-6580
Fax.: (412) 355-6501
Email: david.garraux@klgates.com

*Attorneys for Defendants*